Marco A. Gonzalez, Jr., Esq. (MAG-7108)
**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
744 Broad Street
Suite 1200
Newark, New Jersey 07102
(973) 424-2000 (tele.)
(973) 424-2001 (fax)
Email: magonzalez@duanemorris.com
Attorneys for Defendant, Sandoz Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 2:09-cv-00836 (KSH)(PS) <br> C.A. No. 2:09-cv-00839 (KSH)(PS) |

## STIPULATED CONSENT ORDER OF CONSOLIDATION
ON INFORMAL APPLICATION

This matter having been brought before the Court by Duane Morris LLP (Marco A. Gonzalez, Esq.), attorneys for Defendant Sandoz Inc., and Dechert, LLP (Robert D. Rhoad, Esq.), attorneys for Plaintiffs, Endo Pharmaceuticals Inc. and Penwest Pharmaceuticals Co., by way of letter request for an order consolidating *Endo Pharmaceuticals Inc. and Penwest Pharmaceuticals Co. v. Sandoz Inc.*, Civil Action No. 2:09-cv-00836 and *Endo Pharmaceuticals Inc. and Penwest Pharmaceuticals Co. v. Sandoz Inc.*, Civil Action No. 2:09-cv-00839, for all purposes, and the Court having considered the letter request; and for good cause shown;

It is on this 2nd day of April, 2009,

DM1\1579564.1

ORDERED that *Endo Pharmaceuticals Inc. and Penwest Pharmaceuticals Co. v. Sandoz Inc.*, Civil Action No. 2:09-cv-00836 is consolidated with *Endo Pharmaceuticals Inc. and Penwest Pharmaceuticals Co. v. Sandoz Inc.*, Civil Action No. 2:09-cv-00839 for all purposes; and it is further

ORDERED that the Clerk of the Court shall administratively close *Endo Pharmaceuticals Inc. and Penwest Pharmaceuticals Co. v. Sandoz Inc.*, Civil Action No. 2:09-cv-00839 and all future filings will be under *Endo Pharmaceuticals Inc. and Penwest Pharmaceuticals Co. v. Sandoz Inc.*, Civil Action No. 2:09-cv-00836.

**STIPULATED AND AGREED TO:**

Dated: March 19, 2009

**DECHERT, LLP**

902 Carnegie Center
Princeton, New Jersey 08540
Attorneys for Endo Pharmaceuticals Inc.
And Penwest Pharmaceuticals Co.

By: /S/ Robert D. Rhoad, Esq.
   Robert D. Rhoad, Esq.

*Of Counsel:*
Martin J. Black, Esq.
Dechert, LLP
Cira Center, 2929 Arch Street
Philadelphia, Pennsylvania 19104
*Attorneys for Plaintiffs, Endo Pharmaceuticals Inc. and Penwest Pharmaceuticals Co.*

**IT IS HEREBY ORDERED.**

**DUANE MORRIS LLP**

A Delaware Limited Liability Partnership
744 Broad Street - Suite 1200
Newark, New Jersey 07102

By: /S/ Marco A. Gonzalez, Jr., Esq.
   Marco A. Gonzalez, Jr., Esq.
   *Attorneys for Defendant Sandoz Inc.*

Patty Shwartz, U.S.M.J.